**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin L. Coleman,                                                    Civil No. 15-cv-1856 (SRN/TNL)

            Petitioner,

v.                                                                              **ORDER**

Charles E. Samuels, Jr.,

            Respondent.

---

Kevin L. Coleman, 20855-014, Federal Prison Camp – Yankton, Post Office Box 700, Yankton, SD 57078 (*pro se* Petitioner);

David W. Fuller, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 20, 2016 [Doc. No. 22], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Leave to Amend Petition for Writ of Habeas Corpus [Doc. No. 12] is

   **GRANTED.**

2. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is

   **DISMISSED WITHOUT PREJUDICE.**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  February 8, 2016                                    s/Susan Richard Nelson
                                                                       SUSAN RICHARD NELSON
                                                                       United States District Judge